# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2012

143760 & (72)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SANDRA K. AVERY, Individually and as
Personal Representative of the Estate of
ROBERT B. AVERY, Deceased,
             Plaintiff-Appellee,

v

GRAND TRUNK WESTERN
RAILROAD INCORPORATED,
             Defendant-Appellant.

SC: 143760
COA: 296582
Genesee CC: 08-088101-NI

_____/

       On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the June 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012

_____
Clerk

p0425